UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

7:21-CR-75-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | **ORDER TO SEAL** |
| v. | ) | **[DOCKET ENTRY NUMBER 49]** |
| | ) | |
| JERMAINE PIERRE THOMAS, | ) | |
| | ) | |
| Defendant. | ) | |

Upon Motion of the Defendant, it is hereby **ORDERED** that Docket Entry Number 49 be sealed until such time as the Court determines that the aforementioned filing should be unsealed.

**SO ORDERED.** This, the 13 day of April, 2022.

/s/ Dever
JAMES C. DEVER III
United States District Judge