UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:21-CR-75-D-1

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **ORDER TO SEAL** |
| ) | **[DOCKET ENTRY NUMBER 60]** |
| JERMAINE PIERRE THOMAS, ) | |
| ) | |
| Defendant. ) | |

Upon Motion of the Defendant, it is hereby **ORDERED** that Docket Entry Number be sealed until such time as the Court determines that the aforementioned filing should be unsealed.

**SO ORDERED.** This, the **20** day of July, 2022.

JAMES C. DEVER III
United States District Judge